```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14130
    MARTIN CABALLERO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-0203


---------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/02/08 .

     2.  The case was dismissed without confirmation, 10/09/2008.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
OPTION ONE MORTGAGE CO    CURRENT MORTG        .00              .00            .00
OPTION ONE MORTGAGE CO    SECURED              .00              .00            .00
GREATER SUBURBAN ACCEPTA  SECURED VEHIC        .00              .00            .00
KANE COUNTY TREASURER     NOTICE ONLY    NOT FILED              .00            .00
ACCOUNT RECOVERY SERVICE  UNSECURED      NOT FILED              .00            .00
RUSH COPLEY MENORIAL HOS  UNSECURED      NOT FILED              .00            .00
EMERGENCY TREATMENT SC    UNSECURED      NOT FILED              .00            .00
NICOR GAS                 UNSECURED      NOT FILED              .00            .00
SECURITY FINANCE CO       UNSECURED      NOT FILED              .00            .00
SECURITY FINANCE CO       UNSECURED      NOT FILED              .00            .00
SHERMAN HOSPITAL          UNSECURED      NOT FILED              .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00           .00
PRINCIPAL PAID         .00          .00          .00          .00           .00
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID             .00          .00          .00          .00           .00
The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $    3500.00
and was paid $    750.00   direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
      CASE NO. 08 B 14130 MARTIN CABALLERO
```